IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00307-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  EDWARDO SOLIZ,

     Defendant.

_____

### ORDER SETTING TRIAL DATES AND DEADLINES
_____

This matter has been scheduled for a four-day jury trial on the docket of Judge

Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th

Street, Denver, Colorado, to commence on **September 28, 2009 at 8:00 a.m.**  It is

ORDERED that all pretrial motions shall be filed by **August 19, 2009** and

responses to these motions shall be filed by **August 26, 2009.**  It is further

ORDERED that a Trial Preparation Conference is set for **September 24, 2009 at

9:00 a.m.** in Courtroom A701.  Lead counsel who will try the case shall attend in

person.

The parties shall be prepared to address the following issues at the Trial

Preparation Conference:

     1)     jury selection;

     2)     sequestration of witnesses;

     3)     timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED July 29, 2009.

                                        BY THE COURT:


                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge