IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00307-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  EDWARDO SOLIZ,

    Defendant.

_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the Change of Plea hearing is rescheduled for **Friday, November 6, 2009 at 2:30 p.m.** in Courtroom A701 before Judge Philip A. Brimmer.

    DATED November 3, 2009.